468 A.2d 833

In re Benz.

Appeal of Roberta E. Benz and Wyoming National Bank.

Argued September 7, 1983. Elliot Bruce Edley, for appellants; Harry Hiscox, for participating party.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.